UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOHN DROBOT,

                              Plaintiff,

            v.                                          04-CV-1243

JO ANNE BARNHART, Commissioner of
Social Security,

                              Defendant.
_____

APPEARANCES:                          OF COUNSEL:

MURAD & MURAD                         FREDERICK W. MURAD, ESQ.
Attorney for Plaintiff
291 Genesee Street
Utica, New York 13501

HON. GLENN T. SUDDABY                 WILLIAM H. PEASE, ESQ.
United States Attorney for the        Assistant United States Attorney
 Northern District of New York
Attorney for Defendant
100 South Clinton Street
Syracuse, New York 13261-7198

NORMAN A. MORDUE, CHIEF JUDGE

<u>ORDER</u>

        The above matter comes to me following a Report-Recommendation by Magistrate

Judge David R. Homer, duly filed on the 14th day of December, 2006.  Following ten days

from the service thereof, the Clerk has sent me the file, including any and all objections filed

by the parties herein.

        After careful review of all of the papers herein, including the Magistrate Judge's

Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1.  The Report-Recommendation is hereby approved.

2.  The decision denying disability benefits is affirmed, Drobot's motion for a finding of disability (Docket No. 4) is denied, and the Commissioner's cross-motion (Docket  No. 10) is granted.

3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.


Dated:    January 5, 2007
          Syracuse, New York


Norman A. Mordue
Chief United States District Court Judge

2